UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUPE CABRAL,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>   Defendant. | CASE NO. EDCV 09-2342-JST (AGR)<br><br>**JUDGMENT** |

  In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

  IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 10, 2011

             **JOSEPHINE STATON TUCKER**
             JOSEPHINE STATON TUCKER
             UNITED STATES DISTRICT JUDGE